STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
*Attorneys for Defendant, CHASE BANK USA, N.A.*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

LORRI J. FORTUNATO,

                        Plaintiff,

-against-

CHASE BANK USA, N.A.,

                        Defendant.

-----------------------------------------------------------------X

Docket No. 2:11-cv-00794-SRC-MAS

**ORDER GRANTING CHASE'S MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO DISMISS**

This matter having been opened to the Court on the motion of Stagg, Terenzi, Confusione & Wabnik, LLP, attorneys for defendant, Chase Bank USA, N.A. ("Chase"), for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the Southern District of New York, as a more convenient forum, and for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Counts II, III, IV, V and VI of plaintiff's complaint, and for such other and further relief as the Court deems proper, and the Court having fully considered Chase's motion and any opposition thereto, and for good cause shown,

IT IS HEREBY ORDERED that Chase's motion is GRANTED [in part,] and the action is transferred to the Southern District of New York, ~~and plaintiff's claims for abuse of process (Count II), violation of the New York Deceptive Acts and Practices statute (Count III), negligence (Count V), false light~~ Defendant's motion to dismiss counts II, III, IV, V and VI of plaintiff's complaint shall be adjudicated in that forum.

~~invasion of privacy (Count VI) and defamation (Count IV), are dismissed with prejudice.~~

Dated: _9/13/11_

                                                                                         _____
                                                                                         Hon. Stanley R. Chesler
                                                                                         United States District Court Judge

proposed order